RECEIVED
JAN - 7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | |
|---|---|
| DR. PATT MCGUIRE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) Cause NO. 4:17-cv-02818CDP |
| | ) Federal Court |
| VS. | ) |
| | ) |
| ST. LOUIS COUNTY, CLIFF FADDIS, | ) |
| CHERYL CAMPBELL, MARSHALL | ) |
| DAY, BEN BURKEMPER | ) |
| | ) |
| DEFENDANTS | ) |

### OBJECTION – PLAINTIFF OBJECT TO THE COURT'S STATEMENT IN THE ORDER DATED JANUARY 4, 2019

**COME NOW** the Plaintiff, Dr. Patt McGuire, *pro se,* respectfully object to the following statement within this Court's Order dated January 4, 2019, "…..these documents and conclude that none provide any basis for relief." Every motion, objection, and request from the Court for "clarification" (Motion) is supported by F.R.C.P Rule 21- Motions to the Court and F.R.C.P Rule 46 – Objection to a Ruling or Order. All the fourteen documents were written with these Federal Rules of Civil Procedure as a guide.

This is why the Plaintiff is asking the Court to honor the Plaintiff's responses to the Court's November 26, 2018 MEMORANDUM AND ORDER. The fourteen documents details are based on the language used in the Court's Orders on November 26, 2018 and January 4, 2019. The Plaintiff did not write the Motions, Objections, and Request for Clarification (Motions) without the motivation from the Court's Memorandum and Order written on

November 26, 2018. It is, was, the Plaintiff's intent to use the law to gain justice and seek fairness from the Court. BECAUSE IT IS THE LAW.

From the beginning of this case, August 28, 2017, the Plaintiff has operated as a pro se, and has applied the law, with the understanding as a pro se. The Plaintiff is asking the Court to consider all the circumstances that exist within this case.

Respectfully Submitted,

Dr. PATT MCGUIRE PH.D.
DEPUTY DETENTION JUVENILE OFFICER

/s/ Patt McGuire

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

### Certificate of Service

I certify that the foregoing is true and accurate copy of the foregoing **OBJECTION – PLAINTIFF OBJECT TO THE COURT'S STATEMENT IN THE ORDER DATED JANUARY 4, 2019** was served via United States postal mail, postage prepaid, this 7th day of January of 2019, and via the Court registry, upon the following.

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

/s/ Patt McGuire
10164 Ventura Dr.
St. Louis, MO 63136
Patt.mcguire@yahoo.com
Deputy Detention Juvenile Officer
Plaintiff