RECEIVED
JAN - 7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | |
|---|---|
| DR. PATT MCGUIRE ) | |
| ) | |
| PLAINTIFF ) | |
| ) Cause NO. 4:17-cv-02818CDP | |
| ) Federal Court | |
| ) | |
| VS. ) | |
| ) | |
| ST. LOUIS COUNTY, CLIFF FADDIS, ) | |
| CHERYL CAMPBELL, MARSHALL ) | |
| DAY, BEN BURKEMPER ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

## MOTION – PLAINTIFF IS ASKING THE COURT TO HONOR THE REQUESTED RELIEF

**COME NOW** the Plaintiff, Dr. Patt McGuire, *pro se,* respectfully is asking the Court to honor the Plaintiff's responses to the Court's November 26, 2018 MEMOROANDUM AND ORDER. The fourteen documents can be matched to each of the statements and Orders within this Court's Order on the stated dated. The Plaintiff did not write the Motions, Objections, and Request for Clarification (Motions) without the motivation from the Court's Memorandum and Order written on November 26, 2018. It is, was, the Plaintiff's intent to respond to this Court's Memorandum and Order in a complete and fair way that would represent the Plaintiff's legal rights.

In this Court's Order dated January 4, 2019, this Court made the statement that the Court carefully reviewed the documents and conclude that none provide any basis for relief. The fourteen documents were in response to this Court's Orders dated November 26, 2018. The Plaintiff's Amended Petition states the reasons for the requested relief.

Respectfully Submitted,

Dr. PATT MCGUIRE PH.D.
DEPUTY DETENTION JUVENILE
OFFICER

/s/ Patt McGuire

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

## Certificate of Service

I certify that the foregoing is true and accurate copy of the foregoing **MOTION – PLAINTIFF IS ASKING THE COURT TO HONOR THE REQUESTED RELIEF** was served via United States postal mail, postage prepaid, this 7th day of January of 2019, and via the Court registry, upon the following.

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

/s/ Patt McGuire
10164 Ventura Dr.
St. Louis, MO 63136
Patt.mcguire@yahoo.com
Deputy Detention Juvenile Officer
Plaintiff