RECEIVED
JAN - 7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | |
|---|---|
| DR. PATT MCGUIRE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) Cause NO. 4:17-cv-02818CDP |
| | ) Federal Court |
| | ) |
| VS. | ) |
| | ) |
| ST. LOUIS COUNTY, CLIFF FADDIS, | ) |
| CHERYL CAMPBELL, MARSHALL | ) |
| DAY, BEN BURKEMPER | ) |
| | ) |
| | ) |
| DEFENDANTS | ) |

## MOTION – PLAINTIFF IS REQUESTING THE COURT TO ADD CRIMINAL CHARGES TO PLAINTIFF'S EMPLOYMENT DISCRIMINATION CASE AGAINST DEFENDANTS COUNSELS CYHNTHIA LOU HOEMANN, PRISCILLA F. GUNN, VERITEXT LEGAL SOLUTIONS, AND ST. LOUIS COUNTY FOR TAMPERING WITH PHYSCIAL EVIDENCE

**COME NOW** the Plaintiff, Dr. Patt McGuire, *pro se,* is submitting a second tampering complaint on this case. The new criminal/civil charge is Tampering with physical evidence by both counsels of the current defendants, the court reporting company St. Louis County used for the Plaintiff's second deposition, and St. Louis County-Genevieve Frank. Their names are Cynthia Lou Hoemann, Priscilla F. Gunn, Veritext Legal Solutions, and St. Louis County. Attached to this motion is the Plaintiff's complaint. The complaint is detailing the violations. Since this criminal violation occurred during the Plaintiff's current employment discrimination case, the Plaintiff is adding these additional charges. The additional criminal charges are in the complaint with relief. They are: (1) section code 575.100, Section 1983, fourteenth amendment (due process, equal protection, and deprives of life, liberty, and property. Since the fake

document was presented during my deposition by Counsel Cynthia Lou Hoemann and Priscilla F. Gunn this case now becomes both criminal and civil.

The Plaintiff will be filing criminal charges with the St. Louis County Police Department in the immediate future since the crime took place at 41 S. Central Ave. St. Louis, MO 63105 on the 9th floor in one of the conferences room on December 17, 2018.

Respectfully Submitted,

Dr. PATT MCGUIRE PH.D.
DEPUTY DETENTION JUVENILE OFFICER

/s/ Patt McGuire

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

## Certificate of Service

I certify that the foregoing is true and accurate copy of the foregoing **MOTION – PLAINTIFF IS REQUESTING THE COURT TO ADD CRIMINAL CHARGES TO PLAINTIFF'S EMPLOYMENT DISCRIMINATION CASE AGAINST DEFENDANTS COUNSELS CYHNTHIA LOU HOEMANN, PRISCILLA F. GUNN, VERITEXT LEGAL SOLUTIONS, AND ST. LOUIS COUNTY FOR TAMPERING WITH PHYSCIAL EVIDENCE** was served via United States postal mail, postage prepaid, this 7th day of January of 2019, and via the Court registry, upon the following.

Attorney Cynthia Lou Hoemann
41 South Central Ave
St. Louis, MO 63105
Attorney Priscilla Gunn
41 South Central Ave
St. Louis, MO 63105

/s/ Patt McGuire
10164 Ventura Dr.
St. Louis, MO 63136
Patt.mcguire@yahoo.com

Deputy Detention Juvenile Officer
Plaintiff