AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Cynthia Lou Hoemann
Priscilla F. Gunn
Veritext Legal Solution
St. Louis County

Case No. 4:17-CV 02818

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Dec. 17, 2018 in the county of St. Louis in the Missouri District of St. Louis, the defendant(s) violated:

Code Section | Offense Description
--- | ---
575.100 | Tampering with Physical Evidence
1983 | Deprivation of Rights / color of law
14th Amendment | Due process, equal protection, life, liberty + property

This criminal complaint is based on these facts:
Counsels Cynthia Lou Hoemann and counsel Priscilla F. Gunn presented a falsified/fake document, # Exhibit 24. When I informed both of them that I needed to match their document with my original document the two of them ended the ten minute I requested. Then they retracted exhibit # 24 currently □ Continued on the attached sheet. The actual document presented to plaintiff is missing and is not part of the plaintiff's deposition.

Complainant's signature
Dr. Patt McGuire / Plaintiff
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

Judge's signature

City and state: _____

Printed name and title