**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DR. PATT MCGUIRE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 4:17-CV-02818-CDP |
| ) | |
| v. ) | |
| ) | |
| ST. LOUIS COUNTY, et al. ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S "MOTION- PLAINTIFF IS REQUESTING A COPY OF THE ACTUAL 'TANGIBLE OBJECT' PRESENTED TO PLAINTIFF ON DECEMBER 17, 2018, 2018 NOT A COPY OF EXHIBIT FROM JUNE 25, 2018**

COME NOW Defendants St. Louis County, Ben Burkemper, Marshall Day, Cliff Faddis and Cheryl Campbell, and state that their counsel is in possession of Exhibits 16 and 24 that were presented to Plaintiff during her December 17, 2018 Deposition. Exhibits 16 and 24 from the December 17, 2018 are the same exhibits used in the June 25, 2018 Deposition. Attached is a copy of Exhibits 16 and 24 presented to Plaintiff on December 17, 2018.

PETER J. KRANE
COUNTY COUNSELOR

/s/ Priscilla F. Gunn_____
Cynthia L. Hoemann, #MO28245
Priscilla F. Gunn, #MO29729
Associate County Counselors
41 S. Central Ave., 9th Fl.
Clayton, Missouri 63105
(314)615-7042/Fax (314)615-3732
CHoemann@stlouisco.com
PGunn@stlouisco.com
Attorneys for St. Louis County, Cliff Faddis, Cheryl Campbell, Marshall Day and Ben Burkemper

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed in the Court's electronic filing system and was placed in the United States mail, addressed to Dr. Patt McGuire, 10164 Ventura Drive, St. Louis, MO 63136 this 16th day of January, 2018.


/s/ Priscilla F. Gunn